**OUTTEN & GOLDEN LLP**
Laurence Moy (LM 3687)
ReNika Moore (RM 3484)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SUSAN YOSS,

          Plaintiff,

- against -

          Index No. 08-cv-02212
          **AFFIDAVIT OF SERVICE**

IGPS COMPANY LLC; PEGASUS CAPITAL
ADVISORS, LP; PEGASUS CAPITAL
ADVISORS G.P., LLC; PEGASUS CAPITAL
ADVISORS III, LP; PEGASUS INVESTORS III, LP;
PEGASUS INVESTORS III G.P., LLC,

          Defendants.

---

    I, Lena Moy Borgen, under penalties of perjury, certify the following as true and correct: I am not a party to this action and I am over 18 years of age.

    On the 7th day of March 2008, at approximately the time of 4:30 PM, deponent served a true copy of the **SUMMONS AND COMPLAINT** upon IGPS COMPANY LLC; PEGASUS CAPITAL ADVISORS, LP; PEGASUS CAPITAL ADVISORS G.P., LLC; PEGASUS CAPTIAL ADVISORS III, LP; PEGASUS INVESTORS III, LP; PEGASUS INVESTORS III G.P., LLC at Akin, Gump, Strauss, Hauer & Feld, L.L.P., 590 Madison Avenue, New York, New York 10022, by personally delivering and leaving the same with Nicole Murphy, who informed undersigned, that Nicole Murphy is an agent authorized to receive service at that address.

Nicole Murphy, receptionist, is an African American female, approximately 42 years of age, stands approximately 5'5" and weighs approximately 155 pounds with brown hair and brown eyes.

Dated: March 7, 2008
    New York, NY

*Lena Moy Borgen*
Lena Moy Borgen