**AKIN GUMP STRAUSS HAUER & FELD LLP**
590 Madison Avenue
New York, New York 10022
(212) 872-1000
Stephen M. Baldini (SB-2070)
Austin K. So (AS-8348)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN YOSS, <br><br> Plaintiff, <br><br> - against - <br><br> IGPS COMPANY, LLC; PEGASUS CAPITAL ADVISORS, LP; PEGASUS CAPITAL ADVISORS G.P., LLC; PEGASUS CAPITAL ADVISORS III, LP; PEGASUS INVESTORS III, LP; PEGASUS INVESTORS III G.P., LLC, <br><br> Defendants. | No. 08 CV 02212 (MGC) (MHD) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS STIPULATED by and between counsel for Plaintiff Susan Yoss and counsel for Defendants iGPS Company, LLC, Pegasus Capital Advisors, LP, Pegasus Capital Advisors G.P., LLC, Pegasus Capital Advisors III, LP, Pegasus Investors III, LP, and Pegasus Investors III G.P., LLC, that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is hereby extended to and including April 10, 2008.

The parties will notify the Court of this STIPULATION and will file said STIPULATION with the Court.

7982378

Dated: March 25, 2008

By: /s/ ReNika C. Moore
ReNika C. Moore, Esq.
Laurence S. Moy, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel.: (212) 245-1000

*Attorneys for Plaintiff Susan Yoss*

By: /s/ Stephen M. Baldini
Stephen M. Baldini
Austin K. So
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022
Tel.: (212) 872-1000

*Attorneys for Defendants iGPS Company, LLC, Pegasus Capital Advisors, LP, Pegasus Capital Advisors G.P., LLC, Pegasus Capital Advisors III, LP, Pegasus Investors III, LP, and Pegasus Investors III G.P., LLC*

**So Ordered:**

_____
U.S.D.J.  March 26, 2008

2