**AKIN GUMP STRAUSS HAUER & FELD LLP**
Stephen M. Baldini (SB-2070)
Austin K. So (AS-8348)
590 Madison Avenue
New York, New York 10022
(212) 872-1000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN YOSS,  )<br>  )<br>              Plaintiff,  )<br>  )<br>      - against -  )<br>  )<br>IGPS COMPANY, LLC; PEGASUS CAPITAL  )<br>ADVISORS, LP; PEGASUS CAPITAL  )<br>ADVISORS G.P., LLC; PEGASUS CAPITAL  )<br>ADVISORS III, LP; PEGASUS INVESTORS  )<br>III, LP; PEGASUS INVESTORS III G.P., LLC,  )<br>  )<br>              Defendants.  )<br>  ) | No. 08 CV 02212 (MGC) (MHD)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

### RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS PEGASUS CAPITAL ADVISORS, LP, PEGASUS CAPITAL ADVISORS, G.P., LLC, PEGASUS CAPITAL ADVISORS III, LP, PEGASUS INVESTORS III, LP, AND PEGASUS INVESTORS III G.P., LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Pegasus Capital Advisors, LP, Pegasus Capital Advisors, G.P., LLC, Pegasus Capital Advisors III, LP, Pegasus Investors III, LP, and Pegasus Investors III G.P., LLC (each a "Pegasus Defendant"), each a private, non-governmental party, certifies that:

(a)    each Pegasus Defendant is either a limited partnership or limited liability company with no parent corporation;

(b)    no publicly held corporation owns 10% or more of any Pegasus Defendant's partnership or membership interests; and

(c)    no Pegasus Defendant has an affiliate or subsidiary that is publicly held.

Dated: March 28, 2008
       New York, New York

                                        AKIN GUMP STRAUSS HAUER & FELD LLP


                                        By:    /s/ Stephen M. Baldini
                                               Stephen M. Baldini (SB-2070)
                                               Austin K. So (AS-8348)
                                               590 Madison Avenue
                                               New York, New York 10022
                                               (212) 872-1000

                                               *Counsel for Defendants Pegasus Capital Advisors, LP, Pegasus Capital Advisors, G.P., LLC, Pegasus Capital Advisors III, LP, Pegasus Investors III, LP, and Pegasus Investors III G.P., LLC*