**AKIN GUMP STRAUSS HAUER & FELD LLP**
Stephen M. Baldini (SB-2070)
Austin K. So (AS-8348)
590 Madison Avenue
New York, New York 10022
(212) 872-1000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN YOSS, <br><br> Plaintiff, <br><br> - against - <br><br> IGPS COMPANY, LLC; PEGASUS CAPITAL ADVISORS, LP; PEGASUS CAPITAL ADVISORS G.P., LLC; PEGASUS CAPITAL ADVISORS III, LP; PEGASUS INVESTORS III, LP; PEGASUS INVESTORS III G.P., LLC, <br><br> Defendants. | No. 08 CV 02212 (MGC) (MHD) <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

### RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF
### DEFENDANT AND COUNTERCLAIM PLAINTIFF IGPS COMPANY, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant and Counterclaim Plaintiff iGPS Company, LLC ("iGPS"), a private, non-governmental party, certifies that:

(a)  iGPS is a limited liability company with no parent corporation;

(b)  no publicly held corporation owns 10% or more of the membership interests of iGPS; and

  (c)  iGPS does not have any affiliates or subsidiaries that are publicly held.

Dated: April 10, 2008
   New York, New York

             AKIN GUMP STRAUSS HAUER & FELD LLP

        By: /s/ Stephen M. Baldini
           Stephen M. Baldini (SB-2070)
           Austin K. So (AS-8348)
           590 Madison Avenue
           New York, New York 10022
           (212) 872-1000

           *Counsel for Defendant and Counterclaim*
           *Plaintiff iGPS Company, LLC*