AKIN GUMP STRAUSS HAUER & FELD LLP
Stephen M. Baldini (SB-2070)
Austin K. So (AS-8348)
590 Madison Avenue
New York, New York 10022
(212) 872-1000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN YOSS,<br><br>        Plaintiff,<br><br>- against -<br><br>IGPS COMPANY, LLC; PEGASUS CAPITAL ADVISORS, LP; PEGASUS CAPITAL ADVISORS G.P., LLC; PEGASUS CAPITAL ADVISORS III, LP; PEGASUS INVESTORS III, LP; PEGASUS INVESTORS III G.P., LLC,<br><br>        Defendants. | **MEMO ENDORSED**<br><br>No. 08 CV 02212 (MGC) (MHD)<br>**FILED BY ECF** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure, upon the Memorandum of Law in Support of Motion to Dismiss by defendants Pegasus Capital Advisors, LP, Pegasus Capital Advisors, G.P., LLC, Pegasus Capital Advisors III, LP, Pegasus Investors III, LP, and Pegasus Investors III G.P., LLC (collectively, "Pegasus") and the plaintiff's Complaint, Pegasus, by and through their undersigned counsel, will move this Court before the Honorable Miriam G. Cedarbaum, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at 9:30 a.m. on April 24,

*[Handwritten endorsement:]* Motion granted. Plaintiff given leave to file an amended complaint by May 22, 2008. For oral opinion, see record of proceedings.
So ordered. April 24, 2008.
                                                                                                        /s/ United States District Judge