| OUTTEN & GOLDEN LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| Laurence S. Moy (LM 3687) | Stephen M. Baldini (SB 2070) |
| ReNika C. Moore (RM 3484) | Austin K. So (AS 8348) |
| 3 Park Avenue, 29th Floor | 590 Madison Avenue |
| New York, New York 10016 | New York, New York 10022 |
| Telephone: (212) 245-1000 | Tel.: (212) 872-1000 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN YOSS,<br><br>            Plaintiff,<br><br>- against -<br><br>IGPS COMPANY LLC,<br><br>            Defendant. | 08 CV 02212 (MGC)(MHD)<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER TO COUNTERCLAIMS** |

The undersigned counsel for the parties hereby stipulate and agree that the time for Plaintiff to answer or otherwise respond to Defendant's Counterclaims is hereby extended to and including May 14, 2008.

Dated: April 30, 2008

By: _____  
Laurence S. Moy, Esq.  
ReNika C. Moore, Esq.  
Outten & Golden LLP  
3 Park Avenue, 29th Floor  
New York, New York 10016  
Tel.: (212) 245-1000  
*Counsel for Plaintiff Susan Yoss*

By: _____  
Stephen M. Baldini  
Austin K. So  
Akin Gump Strauss Hauer & Feld LLP  
590 Madison Avenue  
New York, New York 10022  
Tel.: (212) 872-1000  
*Counsel for Defendant iGPS Company, LLC*

So Ordered:

S/ _____  
U.S.D.J.  
May 1, 2008

TOTAL P.02