OUTTEN & GOLDEN LLP
Laurence S. Moy (LM 3687)
Carmelyn P. Malalis (CM 3350)
ReNika C. Moore (RM 3484)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
*Counsel for Plaintiff*

AKIN GUMP STRAUSS HAUER & FELD LLP
Stephen M. Baldini (SB 2070)
Austin K. So (AS 8348)
590 Madison Avenue
New York, New York 10022
Tel.: (212) 872-1000
*Counsel for Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SUSAN YOSS,
                Plaintiff,

- against -

IGPS COMPANY LLC,
                Defendant.

08 CV 02212 (MGC)(MHD)

STIPULATION TO EXTEND
TIME TO FILE ANSWER TO
COUNTERCLAIMS

The undersigned counsel for the parties hereby stipulate and agree that the time for Plaintiff to answer or otherwise respond to Defendant's Counterclaims is hereby extended to and including May 28, 2008.

Dated: May 13, 2008

By: _____
ReNika C. Moore, Esq.
Laurence S. Moy, Esq.
Carmelyn P. Malalis, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel.: (212) 245-1000
*Attorneys for Plaintiff Susan Yoss*

By: _____
Austin K. So
Stephen M. Baldini
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022
Tel.: (212) 872-1000
*Attorneys for Defendant iGPS Company, LLC*

So Ordered:

_____
U.S.D.J.