```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
SUSAN YOSS,
                                        ORDER
                Plaintiff,
                                        08 Civ. 2212 (MGC)
     - against -

IGPS COMPANY, LLC, PEGASUS CAPITAL
ADVISORS, LP, PEGASUS CAPITAL ADVISORS
G.P., LLC, PEGASUS CAPITAL ADVISORS
III, LP, PEGASUS INVESTORS III, LP and
PEGASUS INVESTORS III G.P., LLC,

                Defendants.
------------------X
```

CEDARBAUM, J.

The parties agree that this court lacks subject matter jurisdiction over the above-named action. Plaintiff, a citizen of New York, sues limited liability companies which have members who are also citizens of New York. Only state law claims are asserted.

Accordingly, this action is dismissed for lack of federal subject matter jurisdiction.

SO ORDERED.

Dated: New York, New York
       May 22, 2008

                                    _____
                                    MIRIAM GOLDMAN CEDARBAUM
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08